**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

**NOTICE IS HEREBY GIVEN** that the address for Plaintiff's counsel has been changed to 5025 North Central Ave. #602 Phoenix, AZ 85012

        Respectfully Submitted,

        By:  s/Marshall Meyers
           Marshall Meyers
           Attorney for Plaintiff

WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 10th day of July, 2008 to:


By: s/ Kimberly Larson
    Kimberly Larson