13016.642 PEW/NVW
1036102_1

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| WILLIAM HUSKO, | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No. | 08 CV 3603 |
| | ) | | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly | |
| | ) | | |
| *Defendant*. | ) | Magistrate Judge Schenkier | |

## AGREED MOTION FOR AN EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant, MONACO COACH CORPORATION, through counsel, Segal McCambridge Singer & Mahoney, Ltd., respectfully moves by agreement of the parties for an order granting an extension of time until August 8, 2008 to file their responsive pleadings to Plaintiffs Complaint.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.


By____/s/Natacha von Will_____
One of the Attorneys for Defendant
Paul E. Wojcicki, Esq. (ARDC # 6202143)
Natacha von Will, Esq. (ARDC #6284196)
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower
233 South Wacker Drive, #5500
Chicago, IL 60606
(312) 645-7800

13016.642 PEW/NVW
1036102_1

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| WILLIAM HUSKO, | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No. | 08 CV 3603 |
| | ) | | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly | |
| | ) | | |
| *Defendant*. | ) | Magistrate Judge Schenkier | |

## AGREED ORDER FOR EXTENSION
## OF TIME TO ANSWER OR OTHERWISE PLEAD

**THIS MATTER COMING ON TO BE HEARD** on the Agreed Motion of Defendant, MONACO COACH CORPORATION, **IT IS HEREBY ORDERED THAT** Defendant, MONACO COACH CORPORATION is granted an extension of time to and including **August 8, 2008,** to file its responsive pleadings to Plaintiff's Complaint.

ENTERED:

By: _____
        Judge

Paul E. Wojcicki, Esq. (ARDC # 6202143)
Natacha von Will, Esq. (ARDC #6284196)
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower
233 South Wacker Drive, #5500
Chicago, IL 60606
(312) 645-7800