13016.642 PEW/NVW
1036102_1

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.   08 CV 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly |
| | ) | |
| *Defendant*. | ) | Magistrate Judge Schenkier |

## NOTICE OF AGREED MOTION

To:   Marshal Meyers, Weisberg & Meyers, LLC, 5025 North Central Ave., #602, Phoenix, AZ 85012

PLEASE TAKE NOTICE that on the 22nd day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his stead, in Courtroom 2103, U.S. District Court, Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, ad then and there present our Agreed Motion for Extension of Time, a copy of which is provided herein.

Respectfully submitted,

SEGAL McCAMBRIDGE, SINGER & MAHONEY, LTD.

By:   /s/Natacha von Will
Paul E. Wojcicki (ARDC #6202143)
Natacha D. von Will (ARDC #6284196)
Sears Tower - 5500
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 645-7800
Attorneys for Monaco Coach Corporation

## CERTIFICATE OF SERVICE

      I, Michelle Torres, a non-attorney, hereby certify that I caused a copy of the abovementioned pleading to be served upon: To: Marshal Meyers, Weisberg & Meyers, LLC, 5025 North Central Ave., #602, Phoenix, AZ 85012 by placing the same in an envelope addressed aforesaid, with proper postage prepaid, and depositing same into the U.S. mail chute located at Sears Tower, Suite 5500, 233 South Wacker Drive, Chicago, Illinois, 60606 at or before the hour of 5:00 p.m. on the **15th** day of July, **2008.**

                                                           /s/Michelle Torres
                                                         Under penalties as provided by law pursuant to 735
                                                         ILCS 5/1-109, I certify that the statements set forth
                                                         are true and correct.