AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 3603**

SUMMONS IN A CIVIL CASE

William Husko

　　　　　　　　　　　CASE NUMBER:

V.　　　　　　　　　ASSIGNED JUDGE:

Monaco Coach Corporation

　　　　　　　　　　　　　　　　　　　　　　**JUDGE KENNELLY**
　　　　　　　　　　　DESIGNATED　　**MAGISTRATE JUDGE SCHENKIER**
　　　　　　　　　　　MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Monaco Coach Corporation
91320 Coburg Industrial Way
Coburg, OR 97408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marshall Meyers
WEISBERG & MEYERS, LLC
2833 North Central Ave., #613
Phoenix, AZ 85004

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Yvette Montoney*

(By) DEPUTY CLERK

**June 24, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

TRAVEL

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Monaco Coach Corporation
91320 Coburg Industrial Way
Coburg, OR 97408

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Jennifer Regen*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*    7006 0810 0004 6036 2184

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Executed
container

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.