13016.642 PEW/NVW
1054412_1

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.  08 C 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly |
| | ) | |
| *Defendant*. | ) | Magistrate Judge Schenkier |

## NOTICE OF FILING

TO: Daniel P. Evans, Esq.
LARSEN LAW FIRM, P.C.
161 N. Clark Street, #3575
Chicago, IL 60601

PLEASE TAKE NOTICE that on the **8th day of August, 2008**, we filed with the Clerk of the Circuit Court of Cook County, Illinois, Daley Center, Chicago, Illinois, **Defendant, Monaco Coach Corporation's Answer and Affirmative Defenses,** a copy of which is provided herein.

Respectfully submitted,

**Segal McCambridge Singer & Mahoney, Ltd.**

**By:** ___/s/ Paul E. Wojcicki_____
**One of the Attorneys for Defendant,
Monaco Coach Corporation**

Paul E. Wojcicki
Natacha von Will
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, #5500
Chicago, IL 60606
(312) 645-7800

989545-1

**PROOF OF SERVICE BY MAIL**

   I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was/were served on the party(ies) as above-addressed, via the court's electronic website on this 8th day of August, 2008.

              _____/s/Michelle Torres_____
              Under penalties as provided by law pursuant to
              735 ILCS 5/1-109, I certify that the statements set
              forth are true and correct

Paul E. Wojcicki
Natacha von Will
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, #5500
Chicago, IL 60606
(312) 645-7800

989545-1