13016.642 PEW/NVW
1054022_1

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.   08 C 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly |
| | ) | |
| *Defendant*. | ) | Magistrate Judge Schenkier |

## Monaco's Motion to Dismiss

Defendant Monaco Coach Corporation moves to dismiss counts 2 and 3 of plaintiff's complaint under Rule 12(b)(6), FED. R. CIV. PROC., on the grounds stated in its Monaco's Memorandum in Support of Its Motion to Dismiss.

Respectfully submitted,

**Segal McCambridge Singer & Mahoney, Ltd.**

By: __/s/ Paul E. Wojcicki_____
 Paul E. Wojcicki (ARDC #6202143)
 Natacha D. von Will (ARDC #6284196)
 Sears Tower – Suite 5500
 233 S. Wacker Drive
 Chicago, Illinois 60606
 (312) 645-7800
 *Attorneys for Monaco Coach Corporation*