13016.642 PEW/NVW<br>1055896_1

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.   08 C 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly |
| | ) | |
| *Defendant*. | ) | Magistrate Judge Schenkier |

## Monaco's Motion to Enter Stipulated Briefing Schedule

Defendant Monaco Coach Corporation moves to enter the briefing schedule set out in the attached stipulation on Monaco's motion to dismiss counts 2 and 3 of plaintiff's complaint (Doc. 19).

    Respectfully submitted,

**Segal McCambridge Singer & Mahoney, Ltd.**

By:  __/s/ Paul E. Wojcicki_____
      Paul E. Wojcicki (ARDC #6202143)
      Natacha D. von Will (ARDC #6284196)
      Sears Tower – Suite 5500
      233 S. Wacker Drive
      Chicago, Illinois 60606
      (312) 645-7800
      *Attorneys for Monaco Coach Corporation*

13016.642 PEW/NVW<br>1054965_1

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HUSKO, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.   08 C 3603 |
| | ) | |
| MONACO COACH CORPORATION, | ) | Judge Kennelly |
| | ) | |
| *Defendant*. | ) | Magistrate Judge Schenkier |

### Stipulated Briefing Schedule on
### Monaco's Motion to Dismiss

On August 8, Defendant Monaco Coach Corporation filed a motion to dismiss counts 2 and 3 of plaintiff's complaint under Rule 12(b)(6), FED. R. CIV. PROC. (Doc. 19.) Subsequently, counsel for the parties conferred, stipulated and agreed to the following briefing schedule: plaintiff shall respond to the motion by September 8, 2008; and Monaco shall reply in support of the motion by September 23, 2008.

It is So Stipulated,

| **Weisberg & Meyers, LLC** | **Segal McCambridge Singer & Mahoney, Ltd.** |
|---|---|
| By: /s/ Marshal Meyers<br>Marshal Meyers<br>2833 North Central Ave.<br>Suite 613<br>Phoenix, AZ 85004<br>(602) 445-9819<br>*Attorneys for Plaintiff* | By:   /s/ Paul E. Wojcicki<br>Paul E. Wojcicki<br>Natacha D. von Will<br>Sears Tower – Suite 5500<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 645-7800<br>*Attorneys for Monaco Coach Corporation* |